# United States District Court
## Violation Notice

EW3

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F5282022 | Allen | A421770 |

F5282022

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 01 | 11 | 20 | 36CFR21d.58(g) |

Place of Offense

Cabin Creek SnoPark

Offense Description:

parking or leaving vehicle in violation of posted instruction

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Central Washington University | | |

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| 28162E | WA | | UNKN | 3D | Grey |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| | | |
|---|---|---|
| $ 50 | Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT → $ 80 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| Yakima Federal Court House 25 to. 3rd St Yakima, | 03 13 20 |
| | Time (hh:mm) |
| | 11:00 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete.     Original - CVB Copy     FS-5300-4 (3/2017)

---

I state that on January 11th, 20 20 while exercising my duties as a law enforcement officer in the Eastern District of Washington

X See attached statement

The foregoing statement is based upon:

☒ my personal observation     ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 1/11/20 _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

CVB SCAN 01/29/2020 10:18